AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **Investigative – Filed Under Seal** |
| v. | Case No. 26-mj-54 SGE |
| ·MADELINE TSCHIDA | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      MADELINE TSCHIDA

who is accused of an offense or violation based on the following document filed with the court:

___ Indictment      ___ Superseding Indictment ___ Information ___ Superseding Information  X  Complaint

**Count 1**: On or about January 16, 2026, in the State and District of Minnesota, the defendant **Madeline Tschida** (YOB 2001), did forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in 18 U.S.C. § 1114, namely, a Special Agent of the United States Immigration and Customs Enforcement Homeland Security Investigations, who was engaged in, and on account of, the performance of official duties, all in violation of Title 18, Section 111(a).

Date:      1/23/2026

_____
*Issuing officer's signature*

City and State:  Minneapolis, MN

Shannon G. Elkins
United States Magistrate Judge
*Printed Name and Title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date:_____          _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |