26-mj-54 JNE/ECW

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 111(a)(1) |
| | ) | |
| v. | ) | |
| | ) | |
| MADELINE TSCHIDA, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One
(Assaulting, Resisting, or Impeding Certain Officers or Employees)

On or about January 16, 2026, in the State and District of Minnesota, the defendant,

## MADELINE TSCHIDA,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services), that is, an Immigration and Customs Enforcement employee, while such employee was engaged in and on account of the performance of official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

Dated: February 4, 2026

DANIEL N. ROSEN
United States Attorney

 /s/   *Zain Abid*
BY:  ZAIN ABID
Special Assistant United States Attorney

SCANNED

FEB 0 4 2026

U.S. DISTRICT COURT MPLS